IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No. 1:11-cv-01848 LJO JLT<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED** |

On November 7, 2011, Plaintiff Reynaldo Ortega filed his Complaint for damages and injunctive relief against multiple defendants related to the refinance and subsequent foreclosure of property located in Bakersfield, California. (Doc. 1). On November 10, 2011, the Court reassigned Plaintiff's action to Magistrate Judge Thurston. (Doc. 3). There has been no activity on this case since that time. Therefore, **no later than June 25, 2012**, Plaintiff is ordered to show cause why the matter should not be dismissed for failure to prosecute. Plaintiff is cautioned that failure to timely respond to the Court's order may result in the Court dismissing the entire matter.

IT IS SO ORDERED.

Dated:   **June 4, 2012**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE